AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

FILED  RECEIVED
ENTERED  SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 20 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                       DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:24-MJ-00463-DJA |
| ) | |
| LEANDRE DENZELL HANKEY ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3A - DJA |
|---|---|---|---|
| | | Date and Time: | June 23, 2025 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 20, 2025

*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*